IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

SOUTHERN DIVISION

DOLLIE T. WILLIAMS *

    Plaintiff, *

v. * Case No.: 8:17-CV-01316-GJH

COASTAL INTERNATIONAL *

SECURITY *

    Defendant. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October 2017, I caused a copy of the foregoing PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS be served via first-class mail, postage prepaid to:

Coastal International Security, Defendant
c/o S. Libby Henninger, Esq.
Meredith L. Schramm-Strosser, Esq.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
*Counsel for Defendant*

                                                      Tiffani S. Collins, Esquire.
                                                      *Counsel for Plaintiff*